STATE of Missouri, Respondent,

v.

Kevin E. TUGGLE, Appellant.

No. WD 58583.

Missouri Court of Appeals,
Western District.

May 7, 2001.

Jeremiah W. (Jay) Nixon, Attorney General, Susan L. Brown, Assistant Attorney General, Jefferson City, MO, for Respondent.

Nancy A. McKerrow, Assistant Public Defender, Columbia, MO, for Appellant.

Before ULRICH, P.J., and EDWIN H. SMITH and NEWTON, JJ.

#### Order

PER CURIAM.

Kevin E. Tuggle appeals the judgment of his convictions in the Circuit Court of Boone County, Missouri, after a jury trial, of assault in the first degree, § 565.050, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994, for which he was sentenced as a prior offender, § 558.016, RSMo 1994, to consecutive prison terms of thirty and five years in the Missouri Department of Corrections, claiming that the trial court erred in admitting evidence.

Judgment affirmed. Rule 30.25(b).